John Seton, Respondent, *v.* Heman Clark, Appellant.

(Argued March 8, 1893; decided March 24, 1893.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 14, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*E. T. Lovatt* for appellant.

*J. Stewart Ross* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

Francis B. Carpenter, Appellant, *v.* Sheridan Shook et al., Respondents.

(Argued March 8, 1893 ; decided March 24, 1893.)

Appeal from judgment of the General Term of the Supreme Court, in the first judicial department, entered upon an order made January 8, 1892, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*John T. Walker* for appellant.

*David Gerber* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.